1   G. Martin Velez (SBN 168315)
    LAW OFFICE OF G. MARTIN VELEZ
2   4040 Civic Center Drive, Suite 200
    San Rafael, CA 94903
3   Tel: (415) 342-4125 Fax: (415) 532-2492
    martinvelez@comcast.net
4
    Attorney for Plaintiff Cesar Delgadillo
5

6

7

8                      UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

10

11

12   CESAR DELGADILLO,                          Case Number: C-13-2442 CRB

13          Plaintiff                           STIPULATION AND (PROPOSED)
                                                ORDER CONTINUING CASE
14   -vs-                                       MANAGEMENT CONFERENCE

15   TYCO ELECTRONICS CORPORATION
     and DOES 1 through 20 inclusive,
16
            Defendants
17

18

19

20

21

22

23

24

25

26

27

28

---

1    WHEREAS counsel for Plaintiff has a calendar conflict on August 30, 2013; and

2    WHEREAS counsel for Defendant has a trial scheduled in the middle and latter part of

3    September 2013,

4    The parties, through their respective counsel, hereby stipulate to continue the case

5    management conference scheduled for August 30, 2013 at 8:30 a.m. to either September 6, 2013

6    or to a date in October 2013 that is convenient with the District Court's calendar.

7    Dated: July 17, 2013                               Law Office of G. Martin Velez

8

9                                                          *G. Martin Velez*
                                                         G. Martin Velez
10                                                       Attorney for Plaintiff
                                                         Cesar Delgadillo
11

12   Dated: July 17, 2013                               OGLETREE, DEAKINS, NASH, SMOAK
13                                                       & STEWART, P.C.

14

15                                                       *Jill V. Cartwright*
                                                         Thomas M. McInerney
16                                                       Jill V. Cartwright
                                                         Attorneys for Defendant
17                                                       TYCO ELECTRONICS CORPORATION

18                                    **ORDER**
19
20   GOOD CAUSE having been shown, the District Court vacates the August 30, 2013 case

     management conference.  The case management conference will be held on  September 5, 2013
21
     _____ at  8:30 a.m.  in Courtroom 6, 17th Floor, 450 Golden Gate
22
     Avenue, San Francisco, California.
23
     IT IS SO ORDERED.
24

25
     Dated: _____ July 22 , 2013
26                                                       _____
                                                         CHARLES R. BREYER
27                                                       UNITED STATES DISTRICT JUDGE

28

---