|   |   |
|---|---|
| 1 | G. Martin Velez (SBN 168315)<br>LAW OFFICE OF G. MARTIN VELEZ |
| 2 | 4040 Civic Center Drive, Suite 200<br>San Rafael, CA 94903 |
| 3 | Tel: (415) 342-4125 Fax: (415) 532-2492<br>martinvelez@comcast.net |
| 4 |   |
| 5 | Attorney for Plaintiff Cesar Delgadillo |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| CESAR DELGADILLO, | Case Number: C-13-2442 CRB |
|---|---|
| Plaintiff | STIPULATION AND (~~PROPOSED~~)<br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE |
| -vs- |   |
| TYCO ELECTRONICS CORPORATION<br>and DOES 1 through 20 inclusive, |   |
| Defendants |   |

Stip and (Proposed) Order (Case No. C-13-2442 CRB)　　　1

WHEREAS counsel for Plaintiff has a calendar conflict on August 30, 2013; and

WHEREAS counsel for Defendant has a trial scheduled in the middle and latter part of September 2013,

The parties, through their respective counsel, hereby stipulate to continue the case management conference scheduled for August 30, 2013 at 8:30 a.m. to either September 6, 2013 or to a date in October 2013 that is convenient with the District Court's calendar.

Dated: July 17, 2013　　　　　　　　　　　　Law Office of G. Martin Velez

　　　　　　　　　　　　　　　　　　　　　　*G. Martin Velez*
　　　　　　　　　　　　　　　　　　　　　　G. Martin Velez
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　Cesar Delgadillo

Dated: July 17, 2013　　　　　　　　　　　　OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

　　　　　　　　　　　　　　　　　　　　　　*Jill V. Cartwright*
　　　　　　　　　　　　　　　　　　　　　　Thomas M. McInerney
　　　　　　　　　　　　　　　　　　　　　　Jill V. Cartwright
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　TYCO ELECTRONICS CORPORATION

**ORDER**

GOOD CAUSE having been shown, the District Court vacates the August 30, 2013 case management conference. The case management conference will be held on  September 5, 2013  at  8:30 a.m.  in Courtroom 6, 17th Floor, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Dated: ___July 22___, 2013　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Stip and (Proposed) Order (Case No. C-13-2442 CRB)　　　　　　　　　　　　　　2